

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
Office of the Clerk

# NEW CASE CHECK LIST

| | |
|---|---|
| Plaintiff:  Eric Bouie | |
| Defendant:  Krispy Kreme Doughnuts, Inc. | |
| Case Number:  25-12088 | |
| Judge:  Leitman | Magistrate Judge:  Patti |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Counter | ✓ | Mail-In | | General/Civil | | Social Security |

### DOCUMENT VERIFICATION

| | |
|---|---|
| ✓ | Documents are signed with contact information |
| ✓ | JS 44 cover sheet completed |
| | JS 44 cover sheet not completed – Nature of Suit 890 selected |
| ✓ | Query the Name |
| ✓ | Verify that the filer is not on the **Enjoined Filer List** |
| | Original and one copy of Complaint and IFP Application (if applicable) |
| | Plaintiff's Notice Waiving Service by US Marshal (if applicable) |

### DOCUMENT DISTRIBUTION

| |
|---|
| Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (LR 73.1(b)) |
| Notice of Reference of Social Security Case Pursuant to E.D. Mich. L.R. 72.1(b)(3) |
| Pro Se Clinic Flyer |
| Pro Se Case Administrator Introduction Letter |

### SERVICE DOCUMENTS

| |
|---|
| |

### OTHER

| |
|---|
| Pro Se Upload |

| | |
|---|---|
| Deputy Clerk:  Julie Owens | Date:  July 10, 2025 |